THOMAS J. DAVENPORT, Appellant, v. JOSEPH M. BYRNE, JR., and Others, Individually and as Copartners, etc., Respondents.— Judgment and order denying motion to set aside nonsuit and for a new trial unanimously affirmed, with costs. Order denying plaintiff's motion to amend judgment by inserting provision that it is " without prejudice " unanimously affirmed, without costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

MARGARET DEE, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment of the City Court of Yonkers unanimously affirmed, with costs. The incontestability clause survived the death of the assured. (*Mutual Life Ins. Co. v. Hurni Packing Co.*, 263 U. S. 167.) Compliance by defendant with the Insurance Law* would have avoided the question. There was no proof of a contest. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JACOB DUNN, Respondent, v. ALBERT BERMAN and ISAAC BERMAN, Appellants. — Judgment unanimously affirmed, with costs. While the check (defendants' Exhibit A for identification) should have been received in evidence, no exception was taken to its exclusion, and the court discussed it in its charge. Under these circumstances its exclusion does not present reversible error. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

JEAN N. GOTTESMAN, Respondent, v. WATSON FERRIS WARD, JR., and HAROLD FRASER WARD, Executors, etc., of CHARLOTTE J. WARD, Appellants, Impleaded, etc.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

EMANUEL GREENBURG and MARY GREENBURG, Appellants, v. THE WEST-CHESTER ELECTRIC RAILROAD COMPANY, etc., Respondent.— Judgment reversed upon the law and new trial granted, costs to abide the event. The complaint was dismissed upon plaintiffs' proof, and, while the evidence of defendant's negligence and plaintiffs' freedom from contributory negligence is not convincing, it is sufficient, we think, to establish a *prima facie* case. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

EDWARD J. HOOK, Respondent, v. JOHN SIMMONS COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

HUNT'S MODERN PAPER PRODUCTS, INC., Respondent, v. INDEPENDENT PAPER MILLS, INC., and PAUL H. HORWITT, Appellants.— Orders denying motions to dismiss complaint affirmed, with ten dollars costs and disbursements, upon the ground that the complaint states a cause of action for maliciously causing a breach of contract between plaintiff and a third party. (*Campbell v. Gates*, 236 N. Y. 457.) Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.